

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MELINDA LYNN MUNIZ, | § | No. 08-15-00136-CR |
| Appellant, | § | Appeal from the |
| v. | § | 401st District Court |
| THE STATE OF TEXAS, | § | of Collin County, Texas |
| State. | § | (TC# 401-80836-2014) |
| | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **August 4, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Kimberly Tinsley, Court Reporter for the 401st District Court, for Collin County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **August 4, 2015.**

IT IS SO ORDERED this 16th day of July, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.